**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Greta Kudirkaite** | Social Security number or ITIN  **xxx–xx–7846** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **17–03167**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Greta Kudirkaite

May 8, 2017                                               **For the court:** <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-03167-JSB
Greta Kudirkaite                                                        Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 2            Date Rcvd: May 08, 2017
                               Form ID: 318             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.
```
db              Greta Kudirkaite,   1340 W Indian Trail Rd, Apt 7,    Aurora, IL 60506
25308463       +Ad Astra Recovery,    7330 W 33rd St Ste 118,    Wichita, KS 67205-9370
25308490      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,     Pob 8099,    Newark, DE 19714)
25308465       +Capital One,   Attn: Bankruptcy Dept,    Po Box 30258,    Salt Lake City, UT 84130-0258
25308468       +Cda/Pontiac,   Attn:Bankruptcy,    Po Box 213,    Streator, IL 61364-0213
25308470       +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
25308475       +Dupage Medical Group,    15921 Collection Center Dr,    Chicago, IL 60693-0159
25308476       +Ear to Ear Hearing Solutions,    640 S Washington St, Ste 130,    Naperville, IL 60540-6780
25308479       +First National Collection Bureay,    610 Waltham Way,    Sparks, NV 89434-6695
25308480        First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
25308481       +Fox Valley Imaging Center,    1971 Gowdey Rd, Ste 107,    Naperville, IL 60563-4233
25308482        Fst Premier,   601 S Minneapolis Ave,    Sioux Falls, SD 57104
25308485       +HRRG,   PO Box 5406,    Cincinnati, OH 45273-0001
25308487       +ICS/Illinois Collection Service,    Po Box 1010,    Tinley Park, IL 60477-9110
25308486       +ICS/Illinois Collection Service,    8231 185th St Ste 100,    Tinley Park, IL 60487-9356
25308488       +Illinois Department of Human Servic,    100 S Grand Avenue East,    Springfield, IL 62704-3802
25308489       +Jeff Krieselman, Esq.,    200 W Adams St #2211,    Chicago, IL 60606-5231
25308492       +Med Business Bureau,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
25308491       +Med Business Bureau,    1460 Renaissance Dr #400,    Park Ridge, IL 60068-1349
25308495       +Mid Am B&T Credit Card,    Po Box 68,    Ralla, MO 65402-0068
25308496       +Nationwide Credit & Collections, Inc,    Attn : Bankruptcy,    815 Commerce Dr Ste 270,
                 Oak Brook, IL 60523-8852
25308497       +Ntl Acct Srv,   1246 University Avenue W,    Saint Paul, MN 55104-4125
25308500       +Presence Mercy Medical,    32817 Collection Center Dr,    Chicago, IL 60693-0001
25308501       +Rush Copley,   2000 Ogden Ave,    Aurora, IL 60504-5893
25308502       +Rush-Copley,   PO Box 352,    Aurora, IL 60507-0352
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: eberg@iq7technology.com May 09 2017 00:55:40      Elizabeth C Berg,
                 Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,    Chicago, IL 60602-4120
25308464       +E-mail/Text: bankruptcy@cavps.com May 09 2017 00:54:20      Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
25308466       +EDI: CAPITALONE.COM May 09 2017 00:23:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
25308467       +EDI: MERRICKBANK.COM May 09 2017 00:23:00      Carson Smithfield LLC,    POB 9216,
                 Old Bethpage, NY 11804-9016
25308469       +EDI: CHASE.COM May 09 2017 00:23:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15278,    Wilmington, DE 19850-5278
25308471       +EDI: CONVERGENT.COM May 09 2017 00:23:00      Convergent Outsourcing,    800 SW 39th St,
                 PO Box 9004,    Renton, WA 98057-9004
25308472       +EDI: CCS.COM May 09 2017 00:23:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
25308473       +EDI: RCSFNBMARIN.COM May 09 2017 00:23:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
25308474       +E-mail/Text: clerical.department@yahoo.com May 09 2017 00:52:33
                 Creditors Collection Bureau Inc,    PO Box 63,    Kankakee, IL 60901-0063
25308477       +E-mail/Text: collectionbankruptcies.bancorp@53.com May 09 2017 00:55:01      Fifth Third Bank,
                 1830 East Paris Ave,    Grand Rapids, MI 49546-8803
25308478       +EDI: BLUESTEM May 09 2017 00:23:00      Fingerhut,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
25308483       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com May 09 2017 00:55:26
                 Good Samaritan Hospital,    3815 Highland Avenue,    Downers Grove, IL 60515-1590
25308484       +E-mail/Text: bkynotice@harvardcollect.com May 09 2017 00:55:53      Harvard Collection,
                 Harvard Collection Services,    4839 N Elston Avenue,    Chicago, IL 60630-2589
25308493       +E-mail/Text: clientservices@medrecovery.com May 09 2017 00:55:21      Medical Recovery Speci,
                 2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4519
25308494       +EDI: MERRICKBANK.COM May 09 2017 00:23:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
25308499        EDI: PRA.COM May 09 2017 00:23:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
25308498       +EDI: RESURGENT.COM May 09 2017 00:23:00      Pinnacle Credit Services,    Po Box 640,
                 Hopkins, MN 55343-0640
25308503       +EDI: DRIV.COM May 09 2017 00:23:00      Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
25308504       +EDI: SECFIN.COM May 09 2017 00:23:00      Security Finance,    Centralized Bankruptcy,
                 Po Box 1893,    Spartanburg, SC 29304-1893
25308505       +EDI: RMSC.COM May 09 2017 00:23:00      Synchrony Bank/Linen N' Things,    Po Box 965064,
                 Orlando, FL 32896-5064
                                                                                              TOTAL: 20
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

```
District/off: 0752-1           User: admin              Page 2 of 2              Date Rcvd: May 08, 2017
                               Form ID: 318             Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Greta  Kudirkaite cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Elizabeth C Berg    bergtrustee@baldiberg.com, eberg@iq7technology.com,jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3